views. But the comparison serves only to highlight the unlawfulness of the alleged treatment of Weise and Young: Not only was this an official presentation of the President's views, not a private act of expression as in *Hurley*; in addition, unlike the *Hurley* plaintiff who sought to engage in competing expression, Weise and Young were "*silent* attendee[s]," 593 F. 3d, at 1170 (emphasis added). Their presence alone cannot have affected the President's message. Therefore, ejecting them for holding discordant views could only have been a reprisal for the expression conveyed by the bumper sticker. "Official reprisal for protected speech 'offends the Constitution because it threatens to inhibit exercise of the protected right.'" *Hartman* v. *Moore*, 547 U. S. 250, 256 (2006) (quoting *Crawford-El* v. *Britton*, 523 U. S. 574, 588, n. 10 (1998); brackets omitted).

I see only one arguable reason for deferring the question this case presents. Respondents were volunteers following instructions from White House officials. The Volunteer Protection Act of 1997, 111 Stat. 218, 42 U. S. C. § 14501 *et seq.*, had respondents invoked it in the courts below, might have shielded them from liability. Federal officials themselves, however, gain no shelter from that Act. Suits against the officials responsible for Weise's and Young's ouster remain pending and may offer this Court an opportunity to take up the issue avoided today.

No. 10–175. GLATZER *v.* ENRON CORP. ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–242. DADA ET AL. *v.* HOLDER, ATTORNEY GENERAL. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–254. UNITED STATES ET AL. EX REL. RADCLIFFE *v.* PURDUE PHARMA L. P. ET AL. C. A. 4th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–5883. WHITAKER *v.* DEXTER, WARDEN. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.